# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CONNIE SCHLANGEN | § | Case No. 13-44645 |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GREGG SZILAGYI, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    219 S. Dearborn Street
    Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/14/2016 in Courtroom 680,
    U.S. Bankrptcy Court
    219 S. Dearborn Street
    Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/11/2015    By: /s/ Gregg Szilagyi
                      Trustee

*GREGG SZILAGYI*
*542 SOUTH DEARBORN STREET*
*SUITE 1400*
*CHICAGO, IL  60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
CONNIE SCHLANGEN                    §        Case No. 13-44645
                                    §
            Debtor                  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 82,500.00 |
| and approved disbursements of | $ | 52,697.12 |
| leaving a balance on hand of[1] | $ | 29,802.88 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GREGG SZILAGYI | $ 6,625.00 | $ 0.00 | $ 6,625.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 6,625.00 |
| Remaining Balance | | | $ 23,177.88 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,027.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 45.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | N. A. Capital One Bank (Usa) | $ 394.16 | $ 0.00 | $ 179.04 |
| 2 | Us Dept Of Education | $ 50,633.22 | $ 0.00 | $ 22,998.84 |
| | Total to be paid to timely general unsecured creditors | | | $ 23,177.88 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Gregg Szilagyi
                                    Trustee

*GREGG SZILAGYI*
*542 SOUTH DEARBORN STREET*
*SUITE 1400*
*CHICAGO, IL  60605*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-44645-JPC
Connie Schlangen                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: dross                 Page 1 of 2              Date Rcvd: Dec 11, 2015
                               Form ID: pdf006             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2015.
```
db           #+Connie Schlangen,    1702 Forest Cove Drive #106,    Mount Prospect, IL 60056-5419
21232448     +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
23265966      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
21232449     +Credit Bureau Center,    PO Box 273,    Monroe, WI 53566-0273
21232450     +Credit Bureau Centre,    Attn:Bankruptcy,    Po Box 273,    Monroe, WI 53566-0273
21232451     +Credit Management Lp,    4200 International Pkwy,    Carrollton, TX 75007-1912
21232453     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
21232454    ++HBLC INC,    2615 THREE OAKS RD,    SUITE 2C4,    CARY IL 60013-6126
             (address filed with court: HBLC INc,      2615 Three Oaks Road,    Suite 1C2,    Cary, IL 60013)
21232455     +Hsbc Bank,    Po Box 30253,    Salt Lake City, UT 84130-0253
21232458     +Mcsi Inc,    Po Box 327,    Palos Heights, IL 60463-0327
21232462     +Northwest Rehabiltation,     1120 N Arrlington Heights,    Arlington Heights, IL 60004-4767
21232463     +Onyx Accep,    27051 Towne Centre Dr,    Foothill Ranch, CA 92610-2804
21232466     +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
21232467     +Sst/hcu,    4315 Pickett Rd,    St Joseph, MO 64503-1600
21232468     +Steven J. Fink & Associates, P.C.,     421 N. Northwest Highway #201 (a),    Suite 1233,
               Barrington, IL 60010-6020
21232469     +Tate & Kirlin Assoc,    2810 Southampton Rd,    Philadelphia, PA 19154-1207
21232470     +Tnb - Target,    Po Box 673,    Minneapolis, MN 55440-0673
21232471     +Tribute,    Pob 105555,    Atlanta, GA 30348-5555
23361379     +US DEPT OF EDUCATION,     CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
21232472     +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860
21232473     +Us Dept Of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
21232447      blatt, hasenmiller, lebsker & moore,    125 s. Wacker Dr #400,    Chicago, IL 60606-4440
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21232452     +E-mail/Text: creditonebknotifications@resurgent.com Dec 12 2015 00:57:04      Credit One Bank,
               Po Box 98873,    Las Vegas, NV 89193-8873
21232456     +E-mail/Text: HWIBankruptcy@hunterwarfield.com Dec 12 2015 00:58:06      Hunter Warfield,
               Attention: Collections Department,    4620 Woodland Corporate Blvd,    Tampa, FL 33614-2415
21232459     +E-mail/Text: bankruptcydpt@mcmcg.com Dec 12 2015 00:57:51      Midland Funding,
               8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
21232465      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 12 2015 00:54:59
               Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
21232464     +E-mail/Text: mmrgbk@miramedrg.com Dec 12 2015 00:58:06      Pellettieri,    991 Oak Creek Dr,
               Lombard, IL 60148-6408
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21232457       Juergens Chiropatic
21232460       Nationwide Cassel Llc
21232461    ##+Northwest Orthopedics,    1120 N. Arlington Heights Road,    Arlington Heights, IL 60004-4771
                                                                                 TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2015                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: dross              Page 2 of 2            Date Rcvd: Dec 11, 2015
                              Form ID: pdf006          Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2015 at the address(es) listed below:
          Gregg   Szilagyi    gs@tailserv.com,  gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
          John P Carlin    on behalf of Debtor 1 Connie  Schlangen jcarlin@changandcarlin.com,
           changcarlin@iamthewolf.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Stephen G Wolfe    on behalf of U.S. Trustee Patrick S Layng steve.g.wolfe@usdoj.gov,
           jennifer.r.toth@usdoj.gov
                                                                                         TOTAL: 4
```