UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| CONNIE SCHLANGEN | § § | Case No. 13-44645 |
| Debtor | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GREGG SZILAGYI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,200.00 *(Without deducting any secured claims)* | Assets Exempt: 15,000.00 |
| Total Distributions to Claimants: 31,112.58 | Claims Discharged Without Payment: 90,788.71 |
| Total Expenses of Administration: 36,387.42 | |

3) Total gross receipts of $ 82,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00  (see **Exhibit 2**), yielded net receipts of $ 67,500.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 7,934.70 | $ 7,934.70 | $ 7,934.70 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 36,387.42 | 36,387.42 | 36,387.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 62,939.21 | 51,027.38 | 51,027.38 | 23,177.88 |
| **TOTAL DISBURSEMENTS** | $ 62,939.21 | $ 95,349.50 | $ 95,349.50 | $ 67,500.00 |

    4)  This case was originally filed under chapter 7 on  11/18/2013 .  The case was pending for 31 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/31/2016                    By:/s/GREGG SZILAGYI
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| OTHER CONTINGENT AND NON-CONTINGENT CLAIMS - PI CLAIM AGAIN | 1242-000 | 82,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 82,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CONNIE SCHLANGEN | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HEALTH CARE SERVICE CORP | 4220-000 | NA | 6,092.70 | 6,092.70 | 6,092.70 |
| | NORTHWEST ORTHOPEDIC | 4220-000 | NA | 1,842.00 | 1,842.00 | 1,842.00 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 7,934.70** | **$ 7,934.70** | **$ 7,934.70** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GREGG SZILAGYI | 2100-000 | NA | 6,625.00 | 6,625.00 | 6,625.00 |
| Associated Bank | 2600-000 | NA | 407.37 | 407.37 | 407.37 |
| JEFF IVERS | 3210-000 | NA | 9,166.66 | 9,166.66 | 9,166.66 |
| SAL INDOMENICO | 3210-000 | NA | 18,333.33 | 18,333.33 | 18,333.33 |
| JEFF EVERS | 3220-000 | NA | 221.02 | 221.02 | 221.02 |
| SAL INDOMENICO | 3320-000 | NA | 1,634.04 | 1,634.04 | 1,634.04 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 36,387.42 | $ 36,387.42 | $ 36,387.42 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | blatt, hasenmiller, lebsker & moore 125 s. Wacker Dr #400 Chicago, IL 60606-4440 | | 0.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | 394.00 | NA | NA | 0.00 |
| | Credit Bureau Center PO Box 273 Monroe, WI 53566 | | 246.80 | NA | NA | 0.00 |
| | Credit Bureau Centre Attn:Bankruptcy Po Box 273 Monroe, WI 53566 | | 247.00 | NA | NA | 0.00 |
| | Credit Management Lp 4200 International Pkwy Carrollton, TX 75007 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Credit One Bank Po Box 98873 Las Vegas, NV 89193 |  | 0.00 | NA | NA | 0.00 |
|  | First Premier Bank 601 S Minnesota Ave Sioux Falls, SD 57104 |  | 434.00 | NA | NA | 0.00 |
|  | HBLC INc 2615 Three Oaks Road Suite 1C2 Cary, IL 60013 |  | 0.00 | NA | NA | 0.00 |
|  | Hsbc Bank Po Box 30253 Salt Lake City, UT 84130 |  | 0.00 | NA | NA | 0.00 |
|  | Hunter Warfield Attention: Collections Department 4620 Woodland Corporate Blvd Tampa, FL 33614 |  | 6,512.00 | NA | NA | 0.00 |
|  | Juergens Chiropatic |  | 0.00 | NA | NA | 0.00 |
|  | Mcsi Inc Po Box 327 Palos Heights, IL 60463 |  | 200.00 | NA | NA | 0.00 |
|  | Mcsi Inc Po Box 327 Palos Heights, IL 60463 |  | 200.00 | NA | NA | 0.00 |
|  | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 |  | 0.00 | NA | NA | 0.00 |
|  | Nationwide Cassel Llc |  | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northwest Orthopedics 1120 N. Arlington Heights Road Arlington Heights, IL 60004 | | 525.00 | NA | NA | 0.00 |
| | Northwest Rehabiltation 1120 N Arrlington Heights Arlington Heights, IL 60004 | | 1,842.00 | NA | NA | 0.00 |
| | Onyx Accep 27051 Towne Centre Dr Foothill Ranch, CA 92610 | | 0.00 | NA | NA | 0.00 |
| | Pellettieri 991 Oak Creek Dr Lombard, IL 60148 | | 50.00 | NA | NA | 0.00 |
| | Pellettieri 991 Oak Creek Dr Lombard, IL 60148 | | 150.00 | NA | NA | 0.00 |
| | Pellettieri 991 Oak Creek Dr Lombard, IL 60148 | | 50.00 | NA | NA | 0.00 |
| | Pellettieri 991 Oak Creek Dr Lombard, IL 60148 | | 106.00 | NA | NA | 0.00 |
| | Portfolio Recovery Attn: Bankruptcy Po Box 41067 Norfolk, VA 23541 | | 593.00 | NA | NA | 0.00 |
| | Santander Consumer Usa Po Box 961245 Ft Worth, TX 76161 | | 483.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sst/hcu 4315 Pickett Rd St Joseph, MO 64503 | | 0.00 | NA | NA | 0.00 |
| | Steven J. Fink & Associates, P.C. 421 N. Northwest Highway #201 (a) Suite 1233 Barrington, IL 60010 | | 2,367.41 | NA | NA | 0.00 |
| | Tate & Kirlin Assoc 2810 Southampton Rd Philadelphia, PA 19154 | | 0.00 | NA | NA | 0.00 |
| | Tnb - Target Po Box 673 Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |
| | Tribute Pob 105555 Atlanta, GA 30348 | | 1,419.00 | NA | NA | 0.00 |
| | Us Dept Of Ed/glelsi Po Box 7860 Madison, WI 53707 | | 47,120.00 | NA | NA | 0.00 |
| | Us Dept Of Education Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |
| | Us Dept Of Education Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Us Dept Of Education Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |
| | Us Dept Of Education Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |
| | Us Dept Of Education Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |
| | Us Dept Of Education Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |
| | Us Dept Of Education Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |
| | Us Dept Of Education Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |
| | Us Dept Of Education Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |
| | Us Dept Of Education Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Us Dept Of Education Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |
| | Us Dept Of Education Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |
| | Us Dept Of Education Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |
| | Us Dept Of Education Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |
| | Us Dept Of Education Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |
| | Us Dept Of Education Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |
| | Us Dept Of Education Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |
| | Us Dept Of Education Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | N. A. Capital One Bank (Usa) | 7100-000 | NA | 394.16 | 394.16 | 179.04 |
| 2 | Us Dept Of Education | 7100-000 | NA | 50,633.22 | 50,633.22 | 22,998.84 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 62,939.21 | $ 51,027.38 | $ 51,027.38 | $ 23,177.88 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-44645 | JPC | Judge: | Jacqueline P. Cox | | Trustee Name: | GREGG SZILAGYI |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | CONNIE SCHLANGEN | | | | | Date Filed (f) or Converted (c): | 11/18/2013 (f) |
| | | | | | | 341(a) Meeting Date: | 01/13/2014 |
| For Period Ending: | 05/31/2016 | | | | | Claims Bar Date: | 07/14/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Misc Used Household Goods | 900.00 | 0.00 | | 0.00 | FA |
| 2. Used Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 3. OTHER CONTINGENT AND NON-CONTINGENT CLAIMS - PI CLAIM AGAIN (u) | 45,000.00 | 30,000.00 | | 82,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $46,200.00  $30,000.00  $82,500.00  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE CASE TDR HAS BEEN SUBMITTED AND FILED BY THE UST.

Initial Projected Date of Final Report (TFR): 12/01/2015    Current Projected Date of Final Report (TFR): 12/01/2015

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-44645 | Trustee Name: | GREGG SZILAGYI |
| Case Name: | CONNIE SCHLANGEN | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX2880 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2489 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/31/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/15 | | SAL INDOMENICO, ESQ. | SETTLEMENT PROCEEDS | | $45,210.25 | | $45,210.25 |
| | | | Gross Receipts $82,500.00 | | | | |
| | | SAL INDOMENICO | ATTORNEYS FEES ($18,333.33) | 3210-000 | | | |
| | | JEFF IVERS | ATTORNEYS FEES ($9,166.66) | 3210-000 | | | |
| | | SAL INDOMENICO | COSTS ($1,634.04) | 3320-000 | | | |
| | | JEFF EVERS | COSTS ($221.02) | 3220-000 | | | |
| | | HEALTH CARE SERVICE CORP | MEDICAL ($6,092.70) | 4220-000 | | | |
| | | NORTHWEST ORTHOPEDIC | MEDICAL ($1,842.00) | 4220-000 | | | |
| | 3 | | OTHER CONTINGENT AND NON-CONTINGENT CLAIMS - PI CLAIM AGAIN $82,500.00 | 1242-000 | | | |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $45,200.25 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.18 | $45,133.07 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.93 | $45,068.14 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.00 | $45,001.14 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.90 | $44,934.24 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.65 | $44,869.59 |
| | | | Page Subtotals: | | $45,210.25 | $340.66 | |

UST Form 101-7-TDR (10/1/2010) (Page: 13)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-44645 | Trustee Name: | GREGG SZILAGYI |
| Case Name: | CONNIE SCHLANGEN | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX2880 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2489 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/31/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/22/15 | 101 | CONNIE SCHLANGEN | EXEMPTION FOR PERSONAL INJURY AWARD | 8100-002 | | $15,000.00 | $29,869.59 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.71 | $29,802.88 |
| 01/14/16 | 102 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1400<br>Chicago, Illinois  60605<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $6,625.00 | $23,177.88 |
| 01/14/16 | 103 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 1 representing a payment of 45.42 % per court order. | 7100-000 | | $179.04 | $22,998.84 |
| 01/14/16 | 104 | Us Dept Of Education<br>Claims Filing Unit<br>Po Box 8973<br>Madison, Wi 53704-8973 | Final distribution to claim 2 representing a payment of 45.42 % per court order. | 7100-000 | | $22,998.84 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $45,210.25 | $45,210.25 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $45,210.25 | $45,210.25 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $45,210.25 | $30,210.25 |

Page Subtotals: $0.00  $44,869.59

UST Form 101-7-TDR (10/1/2010) (Page: 14)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2880 - Checking | $45,210.25 | $30,210.25 | $0.00 |
|  | $45,210.25 | $30,210.25 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $37,289.75 |
|---|---|
| Total Net Deposits: | $45,210.25 |
| Total Gross Receipts: | $82,500.00 |

Page Subtotals:           $0.00        $0.00